■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FRANKIE L. LOUDER, III, Appellant. [902 NYS2d 496]—Appeal from a judgment of the Wayne County Court (Dennis M. Kehoe, J.), rendered February 3, 2009. The judgment convicted defendant, upon a jury verdict, of promoting prison contraband in the first degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed.

Memorandum: Defendant appeals from a judgment convicting him upon a jury verdict of promoting prison contraband in the first degree (Penal Law § 205.25 [2]). The evidence, viewed in the light most favorable to the People (*see People v Contes*, 60 NY2d 620, 621 [1983]), is legally sufficient to establish that the cocaine discovered during a search of defendant's jail cell constituted dangerous contraband (*see People v Machuca*, 45 AD3d 1043, 1044 [2007], *lv denied* 10 NY3d 813 [2008]). Defendant failed to preserve for our review his contention that the verdict is repugnant by failing to object to the verdict on that ground before the jury was discharged (*see People v Alfaro*, 66 NY2d 985, 987 [1985]). We decline to exercise our power to review that contention as a matter of discretion in the interest of justice (*see* CPL 470.15 [6] [a]). Contrary to the further contention of defendant, County Court did not abuse its discretion in limiting his cross-examination of a prosecution witness (*see People v Ward*, 27 AD3d 1119 [2006], *lv denied* 7 NY3d 819 [2006], *lv denied upon reconsideration* 7 NY3d 871 [2006]). Finally, the sentence is not unduly harsh or severe. Present—Scudder, P.J., Martoche, Sconiers, Green and Gorski, JJ.